UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 4:07CR140-P-B

JOSE SANTOS GONZALEZ

## ORDER AUTHORIZING RULE 15 DEPOSITIONS

The government having moved the Court for authority to conduct depositions in accordance with Rule 15 of the Federal Rules of Criminal Procedure, and the Court, being well-advised in the premises, is of the opinion that said motion should be and the same is hereby granted.

The government is authorized to conduct videotaped depositions of Rafael Manzo-Galvez, Teodoro Equigua-Gomez, and Mariano Salinas-Oviedo before a Certified Federal Interpreter and licensed court reporter at 4 o'clock P.M. on Friday, 14 September 2007, at the Offices of the United States Attorney in Oxford, Mississippi.

Rule 6(e) authority is granted. The government shall make available to the defense transcripts of the grand jury testimony of all nine illegal aliens, formerly employed by Terrasco Steel.

So ORDERED this the 7th day of September, 2007.

/s/ Eugene M. Bogen
UNITED STATES MAGISTRATE JUDGE