# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**UNITED STATES OF AMERICA,**

**VS.**  **CRIMINAL ACTION NO. 4:07CR140-P-B**

**JOSE SANTOS GONZALES AND**
**TARRASCO STEEL COMPANY, INC.,**  **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendants' third Motion for Continuance [50]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for December 3, 2007. Defense counsel requests additional time to prepare a defense for his clients and to allow the court sufficient time to rule on numerous pending motions.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from December 3, 2007 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendants' counsel more time to adequately prepare for his clients' defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Continuance [50] is **GRANTED**;

(2) Trial of this matter is continued as to all defendants until Monday, January 7, 2008 at

9:00 a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from December 3, 2007 to January 7, 2008 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is December 17, 2007; and

(5) The deadline for submitting a plea agreement is December 26, 2007.

**SO ORDERED** this the 15th day of November, A.D., 2007.

>　　　　　　　　　　　　　　　　/s/ W. Allen Pepper, Jr.
>　　　　　　　　　　　　　　　　W. ALLEN PEPPER, JR.
>　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE