**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                        **CRIMINAL ACTION NO. 4:07CR140-P-B**

**JOSE SANTOS GONZALES and
TARRASCO STEEL COMPANY, INC.,**                                        **DEFENDANTS.**

## ORDER

This matter comes before the court upon Defendants' Motion to Require the Government to Reimburse the Cost of the Evidentiary Transcripts [46]. After due consideration of the motion, the court finds as follows, to-wit:

Pursuant to Fed. R. Crim. P. 15(d): "If the deposition was requested by the government, the court may – or if the defendant is unable to bear the deposition expenses, the court must – order the government to pay: (1) any reasonable travel and subsistence expenses and the defendant's attorney to attend the deposition; and (2) the costs of the deposition transcript."

The defendants seek reimbursement for the costs of the deposition transcripts of three witnesses that the Government sought and received permission to depose. The defendants do not seek reimbursement for travel. Because the witnesses were deposed on the Government's motion, the court finds that the instant motion should be granted.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendants' Motion to Require the Government to Reimburse the Cost of the Evidentiary Transcripts [46] is **GRANTED**. Therefore, the Government is instructed to reimburse the defendants for the cost of the subject evidentiary transcripts.

**SO ORDERED** this the 3rd day of March, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE