**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                     **CRIMINAL ACTION NO. 4:07CR140-P-B**

**JOSE SANTOS GONZALES AND
TARRASCO STEEL COMPANY, INC.,**                 **DEFENDANTS.**

## ORDER CONTINUING TRIAL

This matter comes before the court upon Defendants' sixth motion for continuance [72]. After due consideration of the motion, the court finds as follows, to-wit:

Trial is currently set for April 28, 2008. Defense counsel avers he needs additional time to review numerous discovery documents recently provided from the Government in order to better prepare for any further pretrial motions and for trial.

The Government has no objection to the continuance.

The above circumstances enable the Court to exclude, pursuant to 18 U.S.C. section 3161(h)(8)(A), the period of delay from April 28, 2008 until the new trial date to be set in this matter. The time is excludable under subsection (h)(8)(A) because, given the circumstances described above, a continuance is necessary to afford the defendants' counsel more time to adequately prepare for his clients' defense. As such, the ends of justice served by the granting of this continuance outweigh the best interests of the public and the defendants in a speedy trial.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Defendants' Motion for Continuance [72] is **GRANTED**;

(2) Trial of this matter is continued as to both defendants until Monday, July 7, 2008 at 9:00

1

a.m. in the United States Courthouse in Greenville, Mississippi;

(3) The delay from April 28, 2008 to July 7, 2008 is excluded from Speedy Trial Act considerations as set out above;

(4) The deadline for filing pretrial motions is June 16, 2008; and

(5) The deadline for submitting a plea agreement is June 23, 2008.

**SO ORDERED** this the 9th day of April, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE