UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 4:07CR140-P-S

JOSE SANTOS GONZALES
and TARRASCO STEEL COMPANY, INC.

**<u>FINAL ORDER OF FORFEITURE</u>**

WHEREAS, on October 10, 2008, this Court entered a Preliminary Order of Forfeiture in accordance with 21 U.S.C. §853(a) and Fed. R. Crim P. 32.2(b), forfeiting the following property to the United States subject to the provisions of 21 U.S.C. §853(n):

$310,511.75 in United States Currency; and

WHEREAS, the United States caused to be published in the Clarion-Ledger, a newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property in accordance with law as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged interest in the property; and

WHEREAS, no timely claim has been filed.

NOW, THEREFORE, IT IS ORDERED AND ADJUDGED, pursuant to 21 U.S.C. §853(n)(6) and (n)(7) and Fed. R. Crim. P. 32.2(c)(2), that the Preliminary Order of Forfeiture entered by the Court on

October 10, 2008, is final and all right, title, claim, and interest of any and all persons or entities in and to the $310,511.75 in United States currency is forfeited to the United States; and

IT IS FURTHER ORDERED that the $310,511.75 in United States currency shall be disposed of according to law; and

IT IS FURTHER ORDERED that the United States District Court for the Northern District of Mississippi shall retain jurisdiction in this case for the purpose of enforcing this Order.

SO ORDERED AND ADJUDGED this the 5th day of January, 2009.

/s/David A. Sanders
UNITED STATES MAGISTRATE JUDGE

Prepared and Submitted By:

s/ SAMUEL D. WRIGHT
SAMUEL D. WRIGHT
Assistant United States Attorney
on behalf of the United States
of America